| | |
|---|---|
| 1  LAURIE A. TRAKTMAN (SBN 165588)<br>**GILBERT & SACKMAN**<br>2  A Law Corporation<br>3699 Wilshire Boulevard, Suite 1200<br>3  Los Angeles, California 90010<br>Telephone: (323) 938-3000<br>4  Facsimile: (323) 937-9139<br>Email: lat@gslaw.org<br>5<br>6  Attorneys for Plaintiffs | FILED: 12-2-2011<br><br>JS - 6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES<br>        Plaintiffs,<br><br>            v.<br><br>RELIABLE METAL PRODUCTS, INC., a California corporation and ALBERT H. GREGG, as an individual,<br><br>        Defendants. | Case No. CV11-9806-GHK (FFMx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the  Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off Fund ("Dues Fund"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and defendant ALBERT H. GREGG ("Individual Defendant") and RELIABLE METAL PRODUCTS, INC. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and the Individual Defendant are indebted to the Plans in the total amount of $31,128.30, broken down as follows: contributions in the amount of $5,214.12 for the delinquent work months of January 2011 ($2,607.06) and February 2011 ($2,607.06); liquidated damages, in the amount of $21,392.77, accrued for late contributions for the work months of September 2009 ($17,745.71), October 2009 ($14,730.82), November 2009 ($13,337.24), December 2009 ($11,163.96), January 2010 ($8,772.48), February 2010 ($8,701.68), March 2010 ($8,962.34), April 2010 ($4,710.09), May 2010 ($2,257.24), June 2010 ($2,269.51), July 2010 ($2,228.46), August 2010 ($2,228.46), September 2010 ($2,228.46), December 2010 ($2,413.29), January 2011 ($2,607.06), and February 2011 ($2,607.06); interest in the amount of $521.41, and attorney's fees in the amount of $4,000.00.

2. Judgment is entered in favor of the Plans and against the Company

and Individual Defendant, jointly and severally, in the amount of $31,128.30 for delinquent employee benefit plan contributions, liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

     3.    This Court retains jurisdiction over this matter through January 1, 2013 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by defendants.

**IT IS SO ORDERED**.

Dated: December 2, 2011    _____
                                        Hon. George H. King